UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

ENMANUEL TEJADA-CASTILLO,

               Supervisee.

No. 18-cr-195 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

      IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Thursday,

September 12, 2024, at 10:30 a.m. in Courtroom 21C of the Daniel Patrick Moynihan United States

Courthouse, 500 Pearl Street, New York, New York, 10007, at which time Supervisee will

be presented on the alleged violations of supervised release set forth in the Probation Office's

report dated May 30, 2023.

SO ORDERED.

Dated:      September 11, 2024
              New York, New York

                                      _____
                                        RICHARD J. SULLIVAN
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation