UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ENMANUEL TEJADA-CASTILLO,<br><br>                    Supervisee. | No. 18-cr-195 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

    IT IS HEREBY ORDERED THAT the sentencing currently scheduled to take place on October 17, 2024 at 2:00 p.m. in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, will instead take place in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse.

SO ORDERED.

Dated:    October 10, 2024
                New York, New York

                                                      RICHARD J. SULLIVAN
                                                      UNITED STATES CIRCUIT JUDGE
                                                      Sitting by Designation